BOREN v. STATE. (No. 3265.)

(Court of Criminal Appeals of Texas. Oct. 21, 1914.)

CRIMINAL LAW (§ 1097*)—APPEAL—RECORD—MATTERS PRESENTED FOR REVIEW.

On appeal from a conviction for unlawfully carrying a pistol, the refusal of a special charge, based on accused's contention that he was on his own premises, could not be reviewed, in the absence of a statement of facts, as it could not be determined whether such issue was raised by the testimony.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2862, 2864, 2926, 2934, 2938, 2939, 2941, 2942, 2947; Dec. Dig. § 1097.*]

Appeal from Dallas County Court, at Law; W. F. Whitehurst, Judge.

S. E. Boren was convicted of unlawfully carrying a pistol, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted and convicted of the offense of unlawfully carrying a pistol, and his punishment assessed at a fine of $100.

By the special charge requested we should judge that the contention made by appellant was that he was on his own premises; but as no statement of facts accompanies the record, we cannot determine whether or not that issue was raised by the testimony. In the absence of a statement of facts, no issue is raised in the motion for a new trial which we can review.

Affirmed.